# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50029 - 1 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. EDWARD F. BACHNER IV | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings held.  Defendant appears in response to arrest. Haneef Omar appointed as counsel. Defendant informed of rights. Financial affidavit due by July 7, 2008. USA moves for detention. Detention hearing/preliminary hearing set for July 2, 2008 at 11:00 am.  Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50029    Document 2    Filed 06/30/2008    Page 1 of 1

08CR50029 - 1 USA vs. EDWARD F. BACHNER IV                                                    Page 1 of  1