## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50029 - 1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. EDWARD BACHNER IV | | |

**DOCKET ENTRY TEXT:**

USA's oral motion to place the original complaint under seal is granted. USA's oral motion to file an amended criminal complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|