UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 08 CR 50029 |
| | )   Magistrate Judge P. Michael Mahoney |
| EDWARD F. BACHNER IV | ) |

**FILED** JUL 01 2008 MAGISTRATE JUDGE P. MICHAEL MAHONEY United States District Court

## STIPULATION

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, defendant EDWARD F. BACHNER, IV personally and by his attorney, HANEEF OMAR, agree and stipulate as follows:

1. The original criminal complaint and accompanying affidavits that were submitted on June 30, 2008 shall be filed and maintained under seal until further order of the Court.

2. The affidavit in support of search warrant shall be filed and maintained under seal until further order of the Court. A redacted copy of this search warrant is hereby filed and made a part of the court's record.

Agreed to July 1, 2008.

PATRICK FITZGERALD
United States Attorney

_____
MARK T. KARNER
Assistant United States Attorney

_____
EDWARD F. BACHNER, IV
Defendant

_____
HANEEF OMAR
Attorney for Edward F. Bachner, IV