## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50029 - 1 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. EDWARD BACHNER | | |

**DOCKET ENTRY TEXT:**

Defendant's oral motion to substitute counsel is granted.  Haneef Omar given leave to withdraw.  James Marcus given leave to file his appearance.  Defendant's oral motion to reset the detention/preliminary hearing is granted.  Detention/preliminary hearing reset for July 7, 2008 at 1:15 pm.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|