## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50029 - 1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. EDWARD F. BACHNER, IV | | |

**DOCKET ENTRY TEXT:**

Preliminary hearing held. Court enters finding of probable cause. Detention hearing held. Enter order of detention pending trial. Status hearing set for July 29, 2008 at 4:00 pm.

Notices mailed by Judicial staff.

01:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|