UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 50029 |
| vs. | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| EDWARD F. BACHNER IV | ) | |

**GOVERNMENT'S MOTION TO SEAL AGREED MOTION FOR
A CONTINUANCE OF TIME IN WHICH TO RETURN INDICTMENT**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves, with the agreement of defendant EDWARD F. BACHNER, by attorney James Marcus, to place the Government's Agreed Motion For a Continuance of Time To Return Indictment under seal for the reasons set forth in the Government's Agreed Motion For a Continuance.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Dated: July 22, 2008    By: _____
MARK T. KARNER
Assistant United States Attorney
Office of the United States Attorney
308 West State Street - 3rd Floor
Rockford, Illinois 61101
Phone: (815)987-4444

## **CERTIFICATE OF SERVICE**

I, MARK T. KARNER, certify that on July 22, 2008, I caused the foregoing United States' Motion to Seal Agreed Motion For a Continuance: (1) to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division; (3) hand delivered to the Magistrate Judge; and (2) a copy to be mailed by first class mail to:

>James Marcus, Esq.
>Attorney for Edward F. Bachner IV
>100 West Monroe Street
>Suite 309
>Chicago, Illinois 60603

>_____
>MARK KARNER
>Assistant United States Attorney
>308 West State Street, Suite 300
>Rockford, Illinois 61101
>(815) 987-4444