UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 50029 |
| v. | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| EDWARD F. BACHNER IV | ) | |

**NOTICE OF MOTION**

To:   Mr. James Marcus
      100 West Monroe Street Suite 309
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Monday, July 28, 2008, at 10:30 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States Magistrate Judge P. Michael Mahoney in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: Government's Motion to Place Under Seal and Government's Agreed Motion For A Continuance of Time in Which To Return Indictment, at which time and place you must appear.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:   s/ Mark T. Karner
      MARK T. KARNER
      Assistant United States Attorney
      308 West State Street - Suite 300
      Rockford, Illinois  61101
      (815) 987-4444