Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50029 - 1 | DATE | 7/28/2008 |
| CASE TITLE | | USA vs. EDWARD F. BACHNER IV | |

**DOCKET ENTRY TEXT:**

USA's motion to file document under seal is granted. The court finds that the sealing of the agreed motion for a continuance is a narrowly tailored means of protecting the defendant's Sixth Amendment right to an impartial jury without unneccessairly trampling on the public's First Amendment right of access. USA's agreed motion for a continuance of time in which to return the indictment to August 28, 2008 is granted. Status hearing reset for August 26, 2008 at 4:00 pm.



Notices mailed by Judicial staff.

00:15

**FILED**

JUL 28 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

| | Courtroom Deputy Initials: | GG |
|---|---|---|