UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 08 CR 50029-1 |
| vs. | ) Violations: Title 18, United States Code, Sections 175(a) and 175(b) |
| EDWARD F. BACHNER IV | ) |

### COUNT ONE

The NOVEMBER 2008 GRAND JURY charges:

On or about June 30, 2008, at Algonquin and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein, did knowingly acquire, possess and retain, and attempt to do so, a biological agent, toxin and delivery system, namely Tetrodotoxin, for use as a weapon;

In violation of Title 18, United States Code, Section 175(a).



FILED
AUG 26 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## COUNT TWO

The NOVEMBER 2008 GRAND JURY further charges:

On or about June 30, 2008, at Algonquin and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein did knowingly possess a biological agent, toxin and delivery system, namely Tetrodotoxin, of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose;

In violation of Title 18, United States Code, Section 175(b).

## COUNT THREE

The NOVEMBER 2008 GRAND JURY further charges:

On or about March 19, 2008, at Algonquin, Lake in the Hills and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein, did knowingly acquire, possess and retain a biological agent, toxin and delivery system, namely Tetrodotoxin, for use as a weapon;

In violation of Title 18, United States Code, Section 175(a).

## COUNT FOUR

The NOVEMBER 2008 GRAND JURY further charges:

On or about March 19, 2008, at Algonquin, Lake in the Hills and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein did knowingly possess a biological agent, toxin and delivery system, namely Tetrodotoxin, of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose;

In violation of Title 18, United States Code, Section 175(b).

## COUNT FIVE

The NOVEMBER 2008 GRAND JURY further charges:

On or about February 23, 2008, at Algonquin, Lake in the Hills, and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein, did knowingly acquire, possess, and retain a biological agent, toxin and delivery system, namely Tetrodotoxin, for use as a weapon;

In violation of Title 18, United States Code, Section 175(a).

## COUNT SIX

The NOVEMBER 2008 GRAND JURY further charges:

On or about February 23, 2008, at Algonquin, Lake in the Hills, and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein did knowingly possess a biological agent, toxin and delivery system, namely Tetrodotoxin, of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose;

In violation of Title 18, United States Code, Section 175(b).

## COUNT SEVEN

The NOVEMBER 2008 GRAND JURY further charges:

On or about February 8, 2008, at Algonquin, Lake in the Hills, and elsewhere in the Northern District of Illinois, Western Division,

### EDWARD F. BACHNER IV,

defendant herein, did knowingly acquire, possess, and retain a biological agent, toxin and delivery system, namely Tetrodotoxin, for use as a weapon;

In violation of Title 18, United States Code, Section 175(a).

## COUNT EIGHT

The NOVEMBER 2008 GRAND JURY further charges:

On or about February 8, 2008, at Algonquin, Lake in the Hills, and elsewhere in the Northern District of Illinois, Western Division,

### EDWARD F. BACHNER IV,

defendant herein did knowingly possess a biological agent, toxin and delivery system, namely Tetrodotoxin, of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose;

In violation of Title 18, United States Code, Section 175(b).

## COUNT NINE

The NOVEMBER 2008 GRAND JURY further charges:

On or about November 7, 2006, at Algonquin, Lake in the Hills, and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein, did knowingly acquire, possess and retain a biological agent, toxin and delivery system, namely Tetrodotoxin, for use as a weapon;

In violation of Title 18, United States Code, Section 175(a).

## COUNT TEN

The NOVEMBER 2008 GRAND JURY further charges:

On or about November 7, 2006, at Algonquin, Lake in the Hills, and elsewhere in the Northern District of Illinois, Western Division,

EDWARD F. BACHNER IV,

defendant herein did knowingly possess a biological agent, toxin and delivery system, namely Tetrodotoxin, of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose;

In violation of Title 18, United States Code, Section 175(b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

AUG 2 6 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

No.: 08 CR 50029

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

EDWARD F. BACHNER, IV

INDICTMENT

Violation(s): Title 18, United States Code, Sections 175(a) and 175(b)



A true bill,

_____
Foreman

Filed in open court this ____ day of _____ A.D. 20___

_____
Clerk

Bail, $