FILED
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08 CR 50029
Case Name: U.S. v. Edward Bachner

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Edward F. Bach,er IV, 08 CR 50029

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............... (II)           ☐ Income Tax Fraud ........... (II)           ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                 ☐ Postal Fraud ............... (II)           ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ........... (II)           ☐ Other Fraud ............... (III)           ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ...... (II)         ☐ Auto Theft ............... (IV)             ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)           ☐ Transporting Forged Securities .. (III)     ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ................ (III)          ☐ Forgery ............. (III)                 ☐ Motor Carrier Act ............. (IV)
   ☐ Burglary ............... (IV)           ☐ Counterfeiting ............. (III)          ☐ Selective Service Act ........... (IV)
   ☐ Larceny and Theft ...... (IV)           ☐ Sex Offenses ............. (II)             ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement ...... (IV)         ☐ DAPCA Marijuana ............. (III)         ☒ Other Federal Statutes .......... (III)
   ☐ Other Embezzlement ..... (III)          ☐ DAPCA Narcotics ............. (III)         ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code Sections 715(a) and 175(b)

_____
MARK T. KARNER
Assistant United States Attorney

(Revised 12/99)