# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50029 | **DATE** | 1/10/2012 |
| **CASE TITLE** | USA vs. Edward Bachner | | |

**DOCKET ENTRY TEXT:**

Government's agreed motion to extend time for filing its sentencing memorandum to January 17, 2012 and to reset sentencing hearing is granted.  Sentencing hearing reset for 9:30 a.m. on March 26, 2012.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sb |
|---|---|---|